IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| vs. | ) | NO: 2:11-00002 |
| | ) | JUDGE TRAUGER |
| | ) | |
| **TIMOTHY RICHARD FORRSTER** | ) | |

### MOTION TO CORRECT SPELLING OF LAST NAME IN THE INDICTMENT

Comes the defendant, Timothy Richard Forster, by and through counsel and moves the Court to correct the spelling of his last name in the indictment.

The indictment spells his name a "Timothy Richard Forrester". The correct spelling of his names is "Timothy Richard Forster".

Respectfully submitted,

s/ Michael D. Noel
_____
Michael D. Noel
Attorney for Timothy
 Richard Forster

5115 Maryland Way
Brentwood, TN 37027
TSCRN 2593